# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio<br>
Phone (212) 593-5458<br>
Fax (212) 593-6970<br>
pjfazio@arfdlaw.com

March 24, 2021

<u>VIA ECF</u>

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attention: Honorable Pamela K. Chen

    Re: *Shiv Dass v. Ford Motor Company, et al.*,
    <u>Case No. 1:20-cv-04458 (PKC)(CLP)</u>

Dear Judge Chen:

    As you are aware, the undersigned represents defendant Ford Motor Company in the above captioned action.

    Please permit this to serve as a joint status update on this matter.

    The parties have reached a resolution of this matter and are currently in the process of conferring on the resolution agreement.

    The parties respectfully request permission to provide the Court with a status update and possible joint stipulation of dismissal in forty-five days.

    Should you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,
AARONSON RAPPAORT FESINTEIN & DEUTSCH, LLP

*Peter J. Fazio*
Peter J. Fazio

Cc:  via ECF

    Anil Dass, Esq.
    Law Offices of Anil Dass
    Attorneys for the Plaintiff
    23-22 Steinway Street, Astoria, New York 11105

Attention: Honorable Judge Pamela K. Chen
March 24, 2021
Re: *Shiv Dass v. Ford Motor Company, et al.*, 1:20-cv-04458 (PKC)(CLP)

  William A. Sherman, II
     Dinsmore & Shohl, LLP
     801 Pennsylvania Ave. N.W., Suite 610
     Washington, DC 20004